T. Hethe Clark, ISB No. 7265
Joshua J. Leonard, ISB No. 7238
Ryley Siegner, ISB No. 9174
Clark Wardle LLP
251 E. Front Street, Suite 310
Boise, ID  83702
P.O. Box 639
Boise, ID  83701
Telephone:  208/388-1000
Facsimile:  208/388-1001
filing@clarkwardle.com
*#23715.1*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDAL HEEB, an individual; and SHIRLEY ANN MERCHANT, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WHIPPLE, INC., VIRTUAL DESIGN CONCEPTS, LLC and JASON WHIPPLE, an individual, <br><br> Defendants. <br><br> WHIPPLE, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> RANDAL HEEB, an individual; and SHIRLEY ANN MERCHANT, an individual, <br><br> Counterdefendants. | Case No. 1:19-cv-00190-BLW <br><br> **SECOND DECLARATION OF JOSHUA LEONARD IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Joshua Leonard, upon personal knowledge, declare as follows:

1. Attached as **Exhibit A** is a true and correct copy of portions of the transcript of the Deposition of Jason Whipple.

2. Attached as **Exhibit B** is a true and correct copy of a November 16, 2016, email from Jason Whipple, as a representative of Whipple, Inc., to Heeb.  True and correct copies of other emails are incidentally included.

3. Attached as **Exhibit C** is a true and correct copy of a November 29, 2018 email from

4. Attached as **Exhibit E** is an invoice Whipple, Inc. sent to Plaintiffs including charges for work completed by Audio Visual Plus and the Contractor's Fee applied to that work.

5. Attached as **Exhibit F** are true and correct copies of screenshots taken from Bates White's website on July 30, 2020, with the internet addresses in the top of the screenshots.

6. I so declare under penalty of perjury, pursuant to the law of the state of Idaho, that the foregoing is true and correct.

DATED this 31st day of July, 2020.

                                               */s/ Joshua Leonard*
                                               Joshua Leonard

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>1st</u> day of <u>August</u>, <u>2020</u>, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Tyler J. Anderson<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>877 Main Street, Suite 1000<br>P.O. Box 1617<br>Boise, ID 83701-1617 | [ ] U.S. Mail<br>[ ] Hand-Delivery<br>[ ] Federal Express<br>[ ] Via Facsimile 208.954.5275<br>[X] Via ECF/E-Mail<br>      to: *tanderson@hawleytroxell.com* |

   */s/ Joshua J. Leonard*
   Joshua J. Leonard